**Order entered February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00187-CV

### IN RE HERBERT GEARS, Relator

**Original Proceeding the Fifth District Court of Appeals**
**Dallas County, Texas**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
           JUSTICE